IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ROBERT MICHAEL LESKO,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No.:<br>2:24-CV-01660-CBB<br><br><br>Christopher B. Brown<br>United States Magistrate Judge |

## **ORDER**

AND NOW, this 18th day of December, 2025, upon consideration of the parties' cross motions for summary judgment ECF Nos. 4 and 6,

IT IS HEREBY ORDERED that Plaintiff's motion is granted and the Commissioner's motion is denied; and

IT IS FURTHER ORDERED that the Commissioner's decision denying Plaintiff's claims for disability benefits is VACATED and this matter is REMANDED FORTHWITH pursuant to sentence four of 42 U.S.C. § 405(g) consistent with this Court's decision. A separate Fed. R. Civ. P. 58 Judgment Order follows.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge

1